UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br>ex rel. Jeffrey J. Bierman,<br><br>Plaintiff,<br><br>v.<br><br>Orthofix International N.V., et al.,<br><br>Defendants. | Civil Action No. 05-10557 (RCL) |
| United States of America<br>ex rel. Marcus Laughlin,<br><br>Plaintiff,<br><br>v.<br><br>Orthofix International, N.V., et al.,<br><br>Defendant. | (formerly Civil Action No. 1:08-cv-11336 (JLT)) |

**DEFENDANTS' MOTION TO DISMISS
RELATOR MARCUS LAUGHLIN'S SECOND AMENDED COMPLAINT**

For the reasons set forth in the Memorandum in Support of Defendants' Motion to Dismiss Relator Marcus Laughlin's Second Amended Complaint, Defendants respectfully move this Court to dismiss in its entirety Relator Marcus Laughlin's Second Amended Complaint, with prejudice.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request oral argument on the issues raised in this motion, and any opposition to this motion.

Dated: July 23, 2010

Respectfully submitted,

ROPES & GRAY LLP

By: /s/ Kirsten V. Mayer

Brien T. O'Connor
(BBO #546767)
Kirsten V. Mayer
(BBO #641567)
One International Place
Boston, Massachusetts 02110
(617) 951-7000
Kirsten.Mayer@ropesgray.com

Attorneys for Defendants Orthofix
International N.V. and Orthofix, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 23, 2010

Dated: July 23, 2010

By: /s/ Kirsten V. Mayer

Kirsten V. Mayer
(BBO #641567)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Kirsten.Mayer@ropesgray.com

Attorneys for Defendants Orthofix International N.V. and Orthofix, Inc.