UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JEFFREY J. BIERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ORTHOFIX INTERNATIONAL N.V., ORTHOFIX, INC., ORTHOLOGIC CORP., DJO INCORPORATED, REABLE THERAPEUTICS, INC., THE BLACKSTONE GROUP, L.P., BIOMET INC., EBI, L.P., EBI HOLDINGS, INC., EBI MEDICAL SYSTEMS, INC., BIOELECTRON, INC., LBV ACQUISITION, INC., and, SMITH & NEPHEW, INC.,<br><br>    Defendants. | Case No. 05-10557 (EFH) |

**DEFENDANT BIOMET, INC.'S MOTION TO DISMISS THE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT OF RELATOR JEFFREY J. BIERMAN**

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6); the Local Rules of this Court; and the Court's July 6, 2010 Order, Defendant Biomet, Inc. ("Biomet") hereby moves to dismiss all claims against it asserted in the Second Amended and Supplemental Complaint of Relator Jeffrey J. Bierman. Biomet relies on the Joint Memorandum in Support of Defendants' Motions to Dismiss the Second Amended and Supplemental Complaint of Relator Jeffrey J. Bierman (the "Joint Memorandum"), filed on behalf of all defendants in this action and incorporated herein by reference, and the Memorandum of Law in Support of Defendant Biomet, Inc.'s Motion to Dismiss the Second Amended and Supplemental Complaint of Relator Jeffrey J. Bierman (the "Biomet Memorandum"), filed herewith and incorporated herein by reference.

WHEREFORE, for all of the reasons set forth in the Joint Memorandum, and the Biomet Memorandum, Biomet respectfully requests that this Court dismiss the Amended Complaint as to Biomet in its entirety and with prejudice.

Dated: August 17, 2010

                                               Respectfully submitted,

                                               /s/ Douglas A. Robertson
Douglas A. Robertson (BBO# 552315)
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114-4716
Phone: 617-227-3240
Fax: 617-227-3346
E-mail: drobertson@mmmk.com

Mitchell J. Lazris
Michele W. Sartori
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC  20004
Tel:  202-637-5600
Fax:  202-637-5910

Stephen J. Immelt
Andrea W. Trento
HOGAN & HARTSON LLP
Harbor East
100 International Drive, Suite 2000
Tel:  410-659-2700
Fax: 410-659-2701

*Attorneys for Defendant Biomet, Inc.*

**ORAL ARGUMENT REQUESTED**

Pursuant to Local Rule 7.1(d), Biomet respectfully requests oral argument on this motion.

Dated: August 17, 2010

                          Respectfully submitted,

                          /s/ Douglas A. Robertson
                        Douglas A. Robertson (BBO# 552315)
                        MARTIN, MAGNUSON, MCCARTHY & KENNEY
                        101 Merrimac Street
                        Boston, MA 02114-4716
                        Phone: 617-227-3240
                        Fax: 617-227-3346
                        E-mail: drobertson@mmmk.com

                        Mitchell J. Lazris
                        Michele W. Sartori
                        HOGAN & HARTSON LLP
                        555 Thirteenth Street, N.W.
                        Washington, DC  20004
                        Tel:  202-637-5600
                        Fax:  202-637-5910

                        Stephen J. Immelt
                        Andrea W. Trento
                        HOGAN & HARTSON LLP
                        Harbor East
                        100 International Drive, Suite 2000
                        Tel:  410-659-2700
                        Fax: 410-659-2701

                        *Attorneys for Defendant Biomet, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2) the undersigned certifies that counsel for the Defendants has attempted to confer with Relator's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

                                                                 /s/ Douglas A. Robertson
                                                               Douglas A. Robertson

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2010, I caused a true and correct copy of the foregoing Defendant Biomet, Inc.'s Motion to Dismiss the Second Amended and Supplemental Complaint of Relator Jeffrey J. Bierman, and the accompanying Memorandum of Law in Support of Defendant Biomet, Inc.'s Motion to Dismiss the Second Amended and Supplemental Complaint of Relator Jeffrey J. Bierman, to be filed via the court's electronic filing system and served on all parties registered to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Douglas A. Roberston
Douglas A. Robertson