# EXHIBIT 1

# THE HUNNICUTT LAW FIRM

*J. Stephen Hunnicutt*
*Attorney and Mediator*

TWO HILLCREST GREEN
12720 HILLCREST, SUITE 1050
DALLAS, TEXAS 75230
steve@hunnicuttlaw.com

*Telephone (214) 361-6740*
*Facsimile (214) 691-5099*

September 10, 2010

**Via Federal Express**
Ms. Sarah Allison Thornton
Clerk of Court
US District Court Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   *Case No. 05-10557; United States of America ex rel Marcus Laughlin v. Orthofix International, NV, et al*

Dear Ms. Thornton:

Enclosed please find the following:

1) Marcus Laughlin's Response to Motion to Dismiss and Motion for Leave to Amend, along with Exhibits and one (1) copy of same. The Response was filed by ECF on this date, however we were unable to scan and attach the Exhibits. Therefore, we are submitting the Exhibits to you as per instructions on your website.

2) Courtesy copy of the Complaint and Exhibits for Judge Young.

It is not necessary to return copies to us. Copies of the Exhibits were provided to the party who filed the Motion to Dismiss and will likewise be provided to any party who requests them.

Please do not hesitate to call with any questions you may have.

Sincerely

Kristin Romine
Legal Assistant to J. Stephen Hunnicutt

/ksr

Enclosures