UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *ex rel.*
JEFFREY J. BIERMAN,

                              Plaintiff,

v.

ORTHOFIX INTERNATIONAL N.V., *et al.*,

                              Defendants.

Civil Action No.
05-10557-EFH

## JOINT STATUS REPORT

Pursuant to the Court's October 2, 2013 Order, Plaintiff-Relator Jeffrey J. Bierman ("Relator") submits this joint status report on behalf of himself and all Defendants remaining in the case. Relator and Defendants have agreed to the following report:

On October, 15, 2013, Relator served Defendants with his Initial Disclosures under Fed. R. Civ. P. 26(a)(1)(A), although service at this time was not required. In addition, the parties have agreed to proceed to a Rule 26(f) conference no later than December 13, 2013. The parties request that the Court order a further status report within seven days after the Rule 26(f) conference is concluded.

Respectfully submitted,

/s/ Neil V. Getnick
/s/ Lesley Ann Skillen
Neil V. Getnick (9864)
Lesley Ann Skillen (5156)
GETNICK & GETNICK LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
(212) 376-5666

/s/ Scott Tucker (local counsel)
Scott Tucker (BBO# 503940)
TUCKER, SALTZMAN & DYER LLP
100 Franklin Street
Boston, MA 02110
(617) 986-6220
tucker@tsd-lawfirm.com

*Attorneys for Relator Jeffrey J. Bierman*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2013 I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

/s/ Scott J. Tucker
Scott J. Tucker

/s/ Douglas A. Roberston
Douglas A. Robertson (BBO# 552315)
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114-4716
Phone: 617-227-3240
Fax: 617-227-3346
E-mail: drobertson@mmmk.com

/s/ Steven J. Immelt
Steven J. Immelt
HOGAN LOVELLS US LLP
100 International Dr, Suite 2000
Baltimore, MD 21202

/s/ Mitchell J. Lazris
/s/ Michele Sartori
Mitchell J. Lazris
Michele Sartori
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004

Counsel for Defendants EBI, LLC (f/k/a EBI, L.P.),
EBI Holdings, LLC (f/k/a EBI Holdings, Inc.),
EBI Medical Systems, LLC (f/k/a EBI Medical Systems, Inc.),
Bioelectron, Inc., and Biomet Inc.

/s/ Andrew C. Bernasconi
Andrew C. Bernasconi (BBO # 655307)

Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)
abernasconi@reedsmith.com

/s/ Thomas H. Suddath, Jr.
Thomas H. Suddath, Jr. (admitted pro hac vice)
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100
(215) 851-1420 (fax)
tsuddath@reedsmith.com

Counsel for DJO, Incorporated and ReAble Therapeutics, Inc.

STUART F. DELERY
Acting Assistant Attorney General, Civil Division

CARMEN M. ORTIZ
United States Attorney

By: /s/ Zachary A. Cunha
Zachary A. Cunha
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3387

/s/ Michael D. Granston
/s/ David T. Cohen
MICHAEL D. GRANSTON
DAVID T. COHEN
Civil Division, Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 514-3345

/s/ Don P. Martin
/s/ Michael S. Catlett
Don P. Martin
Michael S. Catlett
QUARLES & BRADY LLP
Renaissance One, Two North Central Avenue
Phoenix, Arizona  85004-2391

/s/ Kelli A. Edson
Kelli A. Edson
QUARLES & BRADY LLP
101 East Kennedy Boulevard
Suite 3400
Tampa, Florida 33602

Attorneys for Defendant Orthologic Corp.

/s/ Diana K. Lloyd
Diana K. Lloyd (BBO #560586)
Choate, Hall & Stewart LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5163
617-248-4000 (fax)
Attorney for Smith & Nephew Inc.

/s/ Kirsten V. Mayer
Kirsten V. Mayer (BBO
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
617-951-7753
617-951-7050
kmayer@ropesgray.com

Attorney for Orthofix International, N.V.